# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000010467  1 |

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E  SUITE 310
BRIDGEWATER, NJ 08807
(908)393-8600

Period Beginning: 12/17/2016
Period Ending: 12/30/2016
Pay Date: 01/03/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NJ: Table A
  PA: N/A

DAVE MCCANN
1206 PINE GROVE DR
PALMER TOWNSHIP PA 18045

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | | 4,307.69 | 4,307.69 |
| Holiday | | 8.00 | | |
| Pto | | 72.00 | | |
| **Gross Pay** | | | **$4,307.69** | 4,307.69 |

Your PA taxable wages this period are
$4,109.38
Your Palmer Twp taxable wages this period are
$4,109.38

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -795.62 | 795.62 |
| | Social Security Tax | -254.78 | 254.78 |
| | Medicare Tax | -59.59 | 59.59 |
| | PA State Income Tax | -126.16 | 126.16 |
| | Palmer Twp Income Tax | -41.09 | 41.09 |
| | NJ SUI/SDI Tax | -32.96 | 32.96 |
| | **Other** | | |
| | Medical | -190.85* | 190.85 |
| | Ts Dental | -7.46* | 7.46 |
| | 401K | -215.38* | 215.38 |
| | 401K Loan | -193.22 | 193.22 |
| **Net Pay** | | **$2,390.58** | |
| | Checking | -2,390.58 | 2,390.58 |
| **Net Check** | | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,894.00

> 2000 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000010467
Pay date: 01/03/2017


THIS IS NOT A CHECK

Deposited to the account of
DAVE MCCANN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5435 | xxxx xxxx | $2,390.58 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000020457  1 |

# Earnings Statement

ADP

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E  SUITE 310
BRIDGEWATER, NJ  08807
(908)393-8600

Period Beginning: 12/31/2016
Period Ending:   01/13/2017
Pay Date:        01/17/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NJ:      Table A
  PA:      N/A

DAVE  MCCANN
1206  PINE  GROVE  DR
PALMER  TOWNSHIP  PA  18045

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | 64.00 | 4,307.69 | 8,615.38 |
| Holiday |  | 8.00 |  |  |
| Pto |  | 8.00 |  |  |
| **Gross Pay** |  |  | **$4,307.69** | 8,615.38 |

Your PA taxable wages this period are
$4,109.38
Your Palmer Twp taxable wages this period are
$4,109.38

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -795.62 | 1,591.24 |
|  | Social Security Tax | -254.78 | 509.56 |
|  | Medicare Tax | -59.58 | 119.17 |
|  | PA State Income Tax | -126.16 | 252.32 |
|  | Palmer Twp Income Tax | -41.09 | 82.18 |
|  | NJ SUI/SDI Tax | -32.96 | 65.92 |
|  | **Other** |  |  |
|  | Medical | -190.85* | 381.70 |
|  | Ts Dental | -7.46* | 14.92 |
|  | 401K | -215.38* | 430.76 |
|  | 401K Loan | -193.22 | 386.44 |
|  | **Net Pay** | **$2,390.59** |  |
|  | Checking | -2,390.59 | 4,781.17 |
|  | **Net Check** | **$0.00** |  |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,894.00

©2000 ADP, LLC

ADP TotalSource
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:  00000020457
Pay date:       01/17/2017

Deposited to the account of
DAVE  MCCANN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5435 | xxxx  xxxx | $2,390.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. | | |
|---|---|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000070455 | 1 | |

# Earnings Statement

**ADP**

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E SUITE 310
BRIDGEWATER, NJ 08807
(908)393-8600

Period Beginning: 01/28/2017
Period Ending: 02/10/2017
Pay Date: 02/14/2017

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 NJ: Table A
 PA: N/A

DAVE MCCANN
1206 PINE GROVE DR
PALMER TOWNSHIP PA 18045

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | 80.00 | 4,307.69 | 17,230.76 |
| Gross Pay | | | $4,307.69 | 17,230.76 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -795.62 | 3,182.48 |
| | Social Security Tax | -254.79 | 1,019.13 |
| | Medicare Tax | -59.58 | 238.34 |
| | PA State Income Tax | -126.16 | 504.64 |
| | Palmer Twp Income Tax | -41.09 | 164.36 |
| | NJ SUI/SDI Tax | -32.95 | 131.81 |
| | **Other** | | |
| | Medical | -190.85* | 763.40 |
| | Ts Dental | -7.46* | 29.84 |
| | 401K | -215.38* | 861.52 |
| | 401K Loan | -193.22 | 772.88 |
| | **Net Pay** | **$2,390.59** | |
| | Checking | -2,390.59 | 9,562.36 |
| | **Net Check** | **$0.00** | |

Your PA taxable wages this period are $4,109.38
Your Palmer Twp taxable wages this period are $4,109.38

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,894.00

*2000 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000070455
Pay date: 02/14/2017

Deposited to the account of
DAVE MCCANN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5435 | xxxx xxxx | $2,390.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000090470 | 1 |

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E SUITE 310
BRIDGEWATER, NJ 08807
(908)393-8600

Period Beginning:  02/11/2017
Period Ending:     02/24/2017
Pay Date:          02/28/2017

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   0
  NJ:        Table A
  PA:        N/A

DAVE MCCANN
1206 PINE GROVE DR
PALMER TOWNSHIP PA 18045

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | 80.00 | 4,307.69 | 21,538.45 |
| **Gross Pay** | | | **$4,307.69** | 21,538.45 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -795.62 | 3,978.10 |
| Social Security Tax | -254.78 | 1,273.91 |
| Medicare Tax | -59.59 | 297.93 |
| PA State Income Tax | -126.16 | 630.80 |
| Palmer Twp Income Tax | -41.09 | 205.45 |
| NJ SUI/SDI Tax | -32.96 | 164.77 |

**Other**

| | | |
|---|---|---|
| Medical | -190.85* | 954.25 |
| Ts Dental | -7.46* | 37.30 |
| 401K | -215.38* | 1,076.90 |
| 401K Loan | -193.22 | 966.10 |
| **Net Pay** | **$2,390.58** | |
| Checking | -2,390.58 | 11,952.94 |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,894.00

Your PA taxable wages this period are
$4,109.38
Your Palmer Twp taxable wages this period are
$4,109.38

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

©2000 ADP, LLC

---

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:   00000090470
Pay date:        02/28/2017



Deposited to the account of
DAVE MCCANN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5435 | xxxx xxxx | $2,390.58 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR |  |
|---|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000370436 | 1 |

# Earnings Statement

**ADP**

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E SUITE 310
BRIDGEWATER, NJ 08807
(908)393-8600

Period Beginning: 08/27/2016
Period Ending: 09/09/2016
Pay Date: 09/13/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NJ: Table A
  PA: N/A

DAVE MCCANN
1206 PINE GROVE DR
PALMER TOWNSHIP PA 18045

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | 68.00 | 4,307.69 | 78,846.10 |
| Holiday |  | 8.00 |  |  |
| Pto |  | 4.00 |  |  |
| Retro Pay |  |  |  | 461.60 |
| **Gross Pay** |  |  | **$4,307.69** | 79,307.70 |

Your federal taxable wages this period are
$3,894.00
Your PA taxable wages this period are
$4,109.38
Your Palmer Twp taxable wages this period are
$4,109.38

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -798.28 | 14,493.79 |
|  | Social Security Tax | -254.78 | 4,683.86 |
|  | Medicare Tax | -59.59 | 1,095.42 |
|  | PA State Income Tax | -126.16 | 2,319.26 |
|  | Palmer Twp Income Tax | -41.09 | 755.43 |
|  | NJ SUI/SDI Tax |  | 229.83 |
|  | **Other** |  |  |
|  | Medical | -190.85* | 3,626.15 |
|  | Ts Dental | -7.46* | 135.36 |
|  | 401K | -215.38* | 3,965.41 |
|  | 401K Loan | -193.22 | 193.22 |
|  | **Net Pay** | **$2,420.88** |  |
|  | Checking | -2,420.88 | 47,809.97 |
|  | **Net Check** | **$0.00** |  |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

\* Excluded from federal taxable wages

©2000 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000370436
Pay date: 09/13/2016



Deposited to the account of
DAVE MCCANN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5435 | xxxx xxxx | $2,420.88 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. | |
|---|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000390439 | 1 |

# Earnings Statement

ADP

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E SUITE 310
BRIDGEWATER, NJ 08807
(908)393-8600

Period Beginning:  09/10/2016
Period Ending:     09/23/2016
Pay Date:          09/27/2016

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  NJ:       Table A
  PA:       N/A

DAVE MCCANN
1206 PINE GROVE DR
PALMER TOWNSHIP PA 18045

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | 80.00 | 4,307.69 | 83,153.79 |
| Retro Pay | | | | 461.60 |
| **Gross Pay** | | | **$4,307.69** | 83,615.39 |

Your PA taxable wages this period are $4,109.38
Your Palmer Twp taxable wages this period are $4,109.38

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -798.28 | 15,292.07 |
| | Social Security Tax | -254.79 | 4,938.65 |
| | Medicare Tax | -59.59 | 1,155.01 |
| | PA State Income Tax | -126.16 | 2,445.42 |
| | Palmer Twp Income Tax | -41.09 | 796.52 |
| | NJ SUI/SDI Tax | | 229.83 |
| | **Other** | | |
| | Medical | -190.85* | 3,617.00 |
| | Ts Dental | -7.46* | 142.82 |
| | 401K | -215.38* | 4,180.79 |
| | 401K Loan | -193.22 | 386.44 |
| | **Net Pay** | **$2,420.87** | |
| | Checking | -2,420.87 | 50,230.84 |
| | **Net Check** | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,894.00

©2000 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:  00000390439
Pay date:       09/27/2016

Deposited to the account of
DAVE MCCANN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx5435 | xxxx | xxxx | $2,420.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR | |
|---|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000430448 | 1 |

# Earnings Statement

**ADP**

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E SUITE 310
BRIDGEWATER, NJ 08807
(908)393-8600

Period Beginning: 10/08/2016
Period Ending: 10/21/2016
Pay Date: 10/25/2016

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 0
　NJ: Table A
　PA: N/A

DAVE MCCANN
1206 PINE GROVE DR
PALMER TOWNSHIP PA 18045

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | 64.00 | 4,307.69 | 91,769.17 |
| Pto | | 16.00 | | |
| Retro Pay | | | | 461.60 |
| **Gross Pay** | | | **$4,307.69** | 92,230.77 |

Your PA taxable wages this period are $4,109.38
Your Palmer Twp taxable wages this period are $4,109.38

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -798.28 | 16,888.63 |
| Social Security Tax | | -254.78 | 5,448.21 |
| Medicare Tax | | -59.59 | 1,274.18 |
| PA State Income Tax | | -126.16 | 2,697.74 |
| Palmer Twp Income Tax | | -41.09 | 878.70 |
| NJ SUI/SDI Tax | | | 229.83 |
| **Other** | | | |
| Medical | | -190.85* | 4,198.70 |
| Ts Dental | | -7.46* | 157.74 |
| 401K | | -215.38* | 4,611.55 |
| 401K Loan | | -193.22 | 772.88 |
| **Net Pay** | | **$2,420.88** | |
| Checking | | -2,420.88 | 55,072.61 |
| **Net Check** | | **$0.00** | |

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,894.00

© 2000 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number: 00000430448
Pay date: 10/25/2016

Deposited to the account of
DAVE MCCANN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5435 | XXXX XXXX | $2,420.88 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000450457 | 1 |

# Earnings Statement

**ADP**

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E  SUITE 310
BRIDGEWATER, NJ 08807
(908)393-8600

Period Beginning:  10/22/2016
Period Ending:     11/04/2016
Pay Date:          11/08/2016

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  NJ:       Table A
  PA:       N/A

DAVE MCCANN
1206 PINE GROVE DR
PALMER TOWNSHIP PA 18045

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | 80.00 | 4,307.69 | 96,076.86 |
| Retro Pay | | | | 461.60 |
| **Gross Pay** | | | **$4,307.69** | 96,538.46 |

Your PA taxable wages this period are $4,109.38
Your Palmer Twp taxable wages this period are $4,109.38

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -798.28 | 17,686.91 |
| | Social Security Tax | -254.78 | 5,702.99 |
| | Medicare Tax | -59.58 | 1,333.76 |
| | PA State Income Tax | -126.16 | 2,823.90 |
| | Palmer Twp Income Tax | -41.09 | 919.79 |
| | NJ SUI/SDI Tax | | 229.83 |
| | **Other** | | |
| | Medical | -190.85* | 4,389.55 |
| | Ts Dental | -7.46* | 165.20 |
| | 401K | -215.38* | 4,826.93 |
| | 401K Loan | -193.22 | 966.10 |
| **Net Pay** | | **$2,420.89** | |
| | Checking | -2,420.89 | 57,493.50 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,894.00

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:  00000450457
Pay date:       11/08/2016

Deposited to the account of
DAVE MCCANN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx5435 | xxxx | xxxx | $2,420.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO  | FILE   | DEPT   | CLOCK | VCHR NO. |   |
|-----|--------|--------|-------|----------|---|
| FP0 | 003755 | 000910 | XN50X | 0000470462 | 1 |

# Earnings Statement

**ADP**

THE MATLEN SILVER GROUP, INC.
1140 ROUTE 22 E SUITE 310
BRIDGEWATER, NJ 08807
(908)393-8600

Period Beginning:  11/05/2016
Period Ending:     11/18/2016
Pay Date:          11/22/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:   0
  NJ:        Table A
  PA:        N/A

DAVE MCCANN
1206 PINE GROVE DR
PALMER TOWNSHIP PA 18045

| Earnings   | rate    | hours | this period | year to date |
|------------|---------|-------|-------------|--------------|
| Regular    | 4307.69 | 80.00 | 4,307.69    | 100,384.55   |
| Retro Pay  |         |       |             | 461.60       |
| **Gross Pay** |      |       | **$4,307.69** | 100,846.15 |

Your PA taxable wages this period are
$4,109.38
Your Palmer Twp taxable wages this period are
$4,109.38

**Deductions**

| Statutory |  |  |
|---|---|---|
| Federal Income Tax | -798.28 | 18,485.19 |
| Social Security Tax | -254.78 | 5,957.77 |
| Medicare Tax | -59.59 | 1,393.35 |
| PA State Income Tax | -126.16 | 2,950.06 |
| Palmer Twp Income Tax | -41.09 | 960.88 |
| NJ SUI/SDI Tax |  | 229.83 |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

| Other |  |  |
|---|---|---|
| Medical | -190.85* | 4,580.40 |
| Ts Dental | -7.46* | 172.66 |
| 401K | -215.38* | 5,042.31 |
| 401K Loan | -193.22 | 1,159.32 |
| **Net Pay** | **$2,420.88** |  |
| Checking | -2,420.88 | 59,914.38 |
| **Net Check** | **$0.00** |  |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,894.00

*2000 ADP, LLC

**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:  00000470462
Pay date:       11/22/2016

Deposited to the account of
DAVE MCCANN

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx5435 | xxxx | xxxx | $2,420.88 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| FP0 | 003765 | 000910 | XN50X | 0000510468 | 2 |

# Earnings Statement

**THE MATLEN SILVER GROUP, INC.**
*1140 ROUTE 22 E  SUITE 310*
*BRIDGEWATER, NJ 08807*
*(908)393-8600*

Period Beginning:  12/03/2016
Period Ending:     12/16/2016
Pay Date:          12/20/2016

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   0
  NJ:        Table A
  PA:        N/A

**DAVE MCCANN**
**1206 PINE GROVE DR**
**PALMER TOWNSHIP PA 18045**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4307.69 | 68.00 | 4,307.69 | 108,999.93 |
| Pto |  | 12.00 |  |  |
| Bonus |  |  |  | 6,321.05 |
| Mlr Rebate |  |  |  | 56.14 |
| Retro Pay |  |  |  | 461.60 |
| **Gross Pay** |  |  | **$4,307.69** | 115,838.72 |

Your federal taxable wages this period are
$3,894.00
Your PA taxable wages this period are
$4,109.38
Your Palmer Twp taxable wages this period are
$4,109.38

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -798.28 | 21,661.96 |
|  | Social Security Tax | -254.78 | 6,862.72 |
|  | Medicare Tax | -59.58 | 1,604.99 |
|  | PA State Income Tax | -126.16 | 3,398.16 |
|  | Palmer Twp Income Tax | -41.09 | 1,106.83 |
|  | NJ SUI/SDI Tax |  | 229.83 |
|  | **Other** |  |  |
|  | Medical | -190.85* | 4,962.10 |
|  | Ts Dental | -7.46* | 187.58 |
|  | 401K | -215.38* | 5,473.07 |
|  | 401K Loan | -193.22 | 1,545.76 |
|  | **Net Pay** | **$2,420.89** |  |
|  | Checking | -2,420.89 | 68,805.72 |
|  | **Net Check** | **$0.00** |  |

**Important Notes**
ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-800-554-1802

\* Excluded from federal taxable wages

© 2010 ADP, LLC


**ADP TotalSource**
A Professional Employer Organization
5800 Windward Parkway
Alpharetta, GA 30005

Advice number:   00000510468
Pay date:        12/20/2016

Deposited to the account of
DAVE MCCANN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5435 | xxxx xxxx | $2,420.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**