UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DAVID M. MCCANN,                :       CASE NO.  17-15450

             Debtor                 :       CHAPTER 13

**DEBTOR'S OBJECTION TO PROOF OF CLAIM OF
PNC BANK, NATIONAL ASSOCIATION**

Debtor files this Objection to Proof of Claim of PNC Bank, National Association, Claim No. 1, because there are no arrearages due.

DATED: 09/18/18

Harry Newman, Esquire
Attorney for Debtor