UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   David M. McCann,                :    CASE NO. 17-15450
                                         :
            Debtor                       :    CHAPTER 13

**ORDER**

After notice of objection and hearing, the claim of PNC Bank, National Association, filed as Claim Number 1, is hereby dismissed.

BY THE COURT:

_____

J.