UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   David M. McCann, | : | CASE NO.  17-15450 |
| Debtor | : | CHAPTER 13 |
| | : | **Hearing Date: 11/08/18**<br>**Time:       9:30 a.m.** |
| | : | **Location:   The Madison Bldg., 3rd Fl.**<br>**400 Washington St.** |
| | : | **Reading, PA  19601** |

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

David M. McCann, Debtor, has filed an objection to the proof of claim filed in the bankruptcy case by PNC Bank, National Association, specifically noted as Claim No. 1.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claims, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Richard E. Fehling on Thursday, November 8, 2018, at 9:30 a.m. in Courtroom Number 1 of the United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington St., Reading, PA  19601.  If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claims.

DATED:  09/19/18

Harry Newman, Esquire
Attorney for Debtor
210 E. Broad St.
Bethlehem, PA  18018
(610) 849-1780