UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DAVID M. MCCANN,                :        CASE NO. 17-15450-ref

           Debtor                      :        CHAPTER 13

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below he mailed a true and correct copy of Debtor's Objection to Proof of Claim of PNC Bank, National Association, via first class mail, to the Debtor, PNC Bank, National Association, the United States Trustee, and to William Miller, the Chapter 13 Trustee, at the addresses listed below.

PNC Bank, National Association
ATTN: BANKRUPTCY
3232 Newmark Dr.
Miamisburg, OH 45342

David McCann
1206 Pine Grove Dr.
Easton, PA 18045

U.S. Trustee
United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

William Miller, Chapter 13 Trustee
2901 St. Lawrence Ave., Ste. 100
Reading, PA 19606

DATED: 09/19/18

Harry Newman, Esquire
Attorney for Debtor