UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DAVID M. MCCANN,                :        CASE NO.  17-15450

           Debtor                :        CHAPTER 13

**PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM OF
PNC BANK, NATIONAL ASSOCIATION**

    Debtor hereby withdraws his Objection to Proof of Claim of PNC Bank, National Association,

Claim No. 1.

DATED: 10/10/18

                                                             Harry Newman, Esquire
                                                             Attorney for Debtor