UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: David McCann,                :        CASE NO. 17-15450

          Debtor            :        CHAPTER 13

**CERTIFICATION OF NO RESPONSE**

The undersigned hereby certifies that the deadline for responding to Debtor's Application for Compensation and Reimbursement of Expenses of Counsel was January 28, 2019; that as of the time and date of filing this certification on March 5, 2019, no response of any kind has been received by the undersigned nor filed with the Court.

Wherefore, Movant certifies the lack of objection to his motion and requests that the Court enter the proposed Order authorizing compensation and reimbursement of expenses of Counsel.

DATED: 03/05/19

                                            Harry Newman, Esquire
                                            Attorney for Debtor