UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   David McCann,                :          CASE NO. 17-15450

        Debtor                :          CHAPTER 13

**ORDER**

AND NOW, upon consideration of Applicant, Harry Newman's Application for Compensation and Reimbursement of Expenses, and there being no responses of any kind filed with the Court, IT IS HEREBY ORDERED that Application for Compensation and Reimbursement of Expenses of Harry Newman, Esquire, is granted in the amount of $3,500.00.

BY THE COURT:

_____
Bankruptcy Judge