United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-15450-ref
David M. McCann                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: SaraR              Page 1 of 1              Date Rcvd: Mar 08, 2019
                             Form ID: pdf900          Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db             +David M. McCann,    1206 Pine Grove Dr.,    Easton, PA 18045-2245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2019 02:56:01      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
              HARRY J. NEWMAN    on behalf of Debtor David M. McCann lawyer@hjnlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL A. SANTANASTO    on behalf of Debtor David M. McCann mike@santanastolaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   David McCann,                              :         CASE NO. 17-15450

                    Debtor                 :         CHAPTER 13

**ORDER**

AND NOW, upon consideration of Applicant, Harry Newman's Application for Compensation and Reimbursement of Expenses, and there being no responses of any kind filed with the Court, IT IS HEREBY ORDERED that Application for Compensation and Reimbursement of Expenses of Harry Newman, Esquire, is granted in the amount of $3,500.00.

BY THE COURT:

**Date: March 8, 2019**

_____
Bankruptcy Judge