Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  DAVID M MCCANN
CHAPTER: 13
CASE NUMBER: 17-15450

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 8316 in the amount of $17,678.76
3. Docketed by the court on May 6, 2019 Claim number 4.

    You are notified that such proof of claim is hereby withdrawn, as it was filed in error.

DATED: May 17, 2019

Bank of America, N.A.

/s/ Elliott Myers