Office Mailing Address:                                                    Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                  Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                    P.O. Box 680
Reading, PA  19606                                                        Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-15450-PMM**

DAVID M.  MC CANN                                       Petition Filed Date: 08/10/2017
1206 PINE GROVE DR.                                     341 Hearing Date: 10/10/2017
EASTON  PA    18045                                     Confirmation Date: 03/07/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $100.00 | | 02/14/2019 | $100.00 | | 03/14/2019 | $100.00 | |
| 04/15/2019 | $100.00 | | 05/13/2019 | $100.00 | | 05/22/2019 | $71.13 | |
| 06/14/2019 | $123.71 | | 07/15/2019 | $123.71 | | 08/14/2019 | $123.71 | |
| 09/16/2019 | $123.71 | | 10/15/2019 | $123.71 | 5879175000 | 11/14/2019 | $123.71 | 5879176000 |
| 12/16/2019 | $123.71 | 5879177000 | 01/13/2020 | $123.71 | 5879178000 | 02/14/2020 | $123.71 | 5879179000 |
| 03/16/2020 | $123.71 | 5879180000 | 04/13/2020 | $123.71 | 5879181000 | 05/14/2020 | $123.71 | 5879182000 |
| 07/30/2020 | $371.13 | 6973097000 | 08/03/2020 | $123.71 | 6973099000 | | | |

**Total Receipts for the Period: $2,550.49  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $4,250.49**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | BANK OF AMERICA NA  »» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA NA  »» 04U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY INVESTMENTS LLC  »» 002 | Unsecured Creditors | $4,875.27 | $1,793.73 | $3,081.54 |
| 1 | PNC BANK NA  »» 001 | Mortgage Arrears | $331.83 | $331.83 | $0.00 |
| 3 | PNC BANK  »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MICHAEL A SANTANASTO, ESQ  »» 004 | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

**Chapter 13 Case No. 17-15450-PMM**

<div style="border:1px solid black">

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,250.49 | Current Monthly Payment: | $123.71 |
| Paid to Claims: | $3,425.56 | Arrearages: | ($123.71) |
| Paid to Trustee: | $379.57 | Total Plan Base: | $7,095.82 |
| Funds on Hand: | $445.36 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

</div>