Office Mailing Address:                                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                          Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                      P.O. Box 680
Reading, PA  19606                                                          Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-15450-PMM

DAVID M.  MC CANN                                                          Petition Filed Date: 08/10/2017
1206 PINE GROVE DR.                                                          341 Hearing Date: 10/10/2017
EASTON  PA    18045                                                          Confirmation Date: 03/07/2019

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/13/2020 | $123.71 | 5879178000 | 02/14/2020 | $123.71 | 5879179000 | 03/16/2020 | $123.71 | 5879180000 |
| 04/13/2020 | $123.71 | 5879181000 | 05/14/2020 | $123.71 | 5879182000 | 07/30/2020 | $371.13 | 6973097000 |
| 08/03/2020 | $123.71 | 6973099000 | 09/03/2020 | $123.71 | 6973100000 | 10/05/2020 | $123.71 | 6973101000 |
| 11/02/2020 | $123.71 | 6973102000 | 12/03/2020 | $123.71 | 6973103000 | 01/04/2021 | $123.71 | 6973104000 |
| 02/03/2021 | $123.71 | 6973105000 | 03/03/2021 | $123.71 | 6973106000 | 04/05/2021 | $123.71 | 6973107000 |
| 05/03/2021 | $123.71 | 6973108000 | 06/03/2021 | $123.71 | 6973109000 | | | |

Total Receipts for the Period: $2,350.49    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,487.59

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 5 | BANK OF AMERICA NA<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA NA<br>»» 04U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $4,875.27 | $3,155.78 | $1,719.49 |
| 1 | PNC BANK NA<br>»» 001 | Mortgage Arrears | $331.83 | $331.83 | $0.00 |
| 3 | PNC BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MICHAEL A SANTANASTO, ESQ<br>»» 004 | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

**Chapter 13 Case No. 17-15450-PMM**

| | SUMMARY | |
|---|---|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| Total Receipts: | $5,487.59 | Current Monthly Payment: | $123.71 |
|---|---|---|---|
| Paid to Claims: | $4,787.61 | Arrearages: | ($123.71) |
| Paid to Trustee: | $477.30 | Total Plan Base: | $7,095.82 |
| Funds on Hand: | $222.68 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.