| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-15450-PMM**

DAVID M. MC CANN  
1206 PINE GROVE DR.  
EASTON  PA    18045

Petition Filed Date: 08/10/2017  
341 Hearing Date: 10/10/2017  
Confirmation Date: 03/07/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $123.71 | 6973107000 | 05/03/2021 | $123.71 | 6973108000 | 06/03/2021 | $123.71 | 6973109000 |
| 07/06/2021 | $123.71 | 6973110000 | 10/08/2021 | $247.42 | 8004684000 | 11/08/2021 | $123.71 | 8004699000 |
| 12/06/2021 | $123.71 | 8004700000 | 01/07/2022 | $123.71 | 8004701000 | 02/07/2022 | $123.71 | 8004702000 |
| 03/07/2022 | $123.71 | 8004703000 | 04/07/2022 | $123.71 | 8004704000 | 05/09/2022 | $123.71 | 8004705000 |
| 06/06/2022 | $123.71 | 8004706000 | 07/07/2022 | $123.71 | 8004707000 | | | |

**Total Receipts for the Period:  $1,855.65    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,972.11**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | BANK OF AMERICA NA<br>»» 005 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA NA<br>»» 04U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CAVALRY SPV INVESTMENTS LLC<br>»» 002 | Unsecured Creditors | $4,875.27 | $4,627.91 | $247.36 |
| 1 | PNC BANK NA<br>»» 001 | Mortgage Arrears | $331.83 | $331.83 | $0.00 |
| 3 | PNC BANK<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MICHAEL A SANTANASTO, ESQ<br>»» 004 | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

**Chapter 13 Case No. 17-15450-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,972.11 | Current Monthly Payment: | $123.71 |
| Paid to Claims: | $6,259.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $598.56 | Total Plan Base: | $7,095.82 |
| Funds on Hand: | $113.81 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.